CHARLES D. COLETT, OSB #79191
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone: (503) 598-3411
Facsimile: (503) 598-4646
E-mail: chuck@colettlaw.com

Attorney for Plaintiffs Oregon Laborers-Employers Trust Funds, et al.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS HEALTH & WELFARE TRUST FUND, OREGON LABORERS-EMPLOYERS PENSION TRUST FUND, OREGON & SOUTHERN IDAHO LABORERS-EMPLOYERS TRAINING TRUST FUND, OREGON LABORERS-EMPLOYERS COOPERATION & EDUCATION TRUST, PREVAILING WAGE LAW ENFORCEMENT TRUST, OREGON LABORERS-EMPLOYERS ADMINISTRATIVE FUND, LLC, OREGON-SOUTHWEST WASHINGTON FAIR CONTRACTING FOUNDATION, CONTRACT ADMINISTRATION FUND, CONSTRUCTION INDUSTRY DRUG FREE WORKPLACE PROGRAM TRUST,<br>                           Plaintiffs,<br>         v.<br>BIG J CONSTRUCTION, INC., an Oregon business corporation,<br>                           Defendant. | Case No.: 3:17-cv-00013-PK<br><br>DEFAULT JUDGMENT |

///

///

Page 1 - JUDGMENT

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Ste. 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlawgroup.com

IT APPEARING to the Court that an Order of default has been entered against Defendant Big J Construction, Inc., an Oregon corporation, therefore

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs shall have Judgment for and recover of and from Defendant Big J Construction, Inc. the following sums:

    a.    The amount of $26,605.67 representing contributions, $3,192.67 for liquidated damages, interest on contributions from the due date, and further interest at the legal rate from the date of Judgment;

    b.    The amount of $5,975.00 as and for attorney's fees necessarily incurred;

    c.    The amount of $436.00 as and for costs necessarily incurred;

    d.    Together with interest at the legal rate from the date of Judgment until paid.

IT IS ORDERED that execution shall issue thereon.

DATED this __23__ day of __March__, 2017.

                                    *Marco Hernandez*
                                  Hon. Marco A. Hernandez
                                  United States District Court Judge

PRESENTED BY:

COLETT LAW GROUP, LLP


 s/ Charles D. Colett
CHARLES D. COLETT, OSB #79191
ATTORNEY FOR PLAINTIFFS
COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road, Suite 310
Portland, Oregon 97223-5489
Telephone:   (503) 598-3411
Facsimile:   (503) 598-4646
Email: chuck@colettlaw.com

Page 2 - JUDGMENT

COLETT LAW GROUP, LLP
1 Lincoln Center
10300 S.W. Greenburg Road Ste. 310
Portland, Oregon 97223-5489
TELEPHONE (503) 598-3411
FAX (503) 598-4646
E-MAIL: chuck@colettlawgroup.com